**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trademark Communications, Inc.

Plaintiff,

vs.

Veritas Marketing, L.L.C.,

Defendant.

Civil File No. 01-Civ 1249 (ADM/AJB)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

---

The parties hereto having agreed to a dismissal of this action pursuant to Rule 41.01, Federal Rules of Civil Procedure, his matter may be dismissed without prejudice and without costs to any party.

Dated: April 17, 2002.

**MOSS & BARNETT**
A Professional Association

By ______________________
Philip J. Young (#283368)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

ATTORNEYS FOR PLAINTIFF

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By ______________________
Frederick E. Finch (#29191)
33 South Sixth Street, Suite 3550
Minneapolis, MN 55402
Telephone (612) 333-3000

ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED.

Dated: April 19, 2002

______________________
ANN D. MONTGOMERY, JUDGE
UNITED STATES DISTRICT COURT

FILED APR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______